JS-6

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| TAAD GROUP, INC., a California corporation, doing business as "PROTREND, LTD."<br><br>Plaintiff,<br><br>vs.<br><br>THE HANOVER INSURANCE COMPANY, a New Hampshire Corporation; CITIZENS INSURANCE COMPANY OF AMERICA, a Michigan Corporation, and DOES 1 to 100, inclusive,<br><br>Defendants. | Case No.: CV 20-6914 MWF (AFMx)<br><br>[Assigned to The Honorable Michael W. Fitzgerald- Courtroom 5A]<br><br>**ORDER OF DISMISSAL FRCP 41 (A)** |

Pursuant to the stipulation of the parties under Federal Rule of Civil Procedure 41(a)(1)(ii), IT IS ORDERED THAT THIS ACTION BE, AND HEREBY IS, DISMISSED WITH PREJUDICE as to all claims, causes of action, and parties.

The Clerk is directed to close the file.

Dated: November 10, 2021

_____
MICHAEL W. FITZGERALD
United States District Judge